UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA MCPHAIL and JAMES MCPHAIL,<br><br>　　　　　　　Plaintiffs,<br>v.<br>FCA US, LLC,<br><br>　　　　　　　Defendant. | Case No.: 24-cv-1879-WQH-DDL<br><br>**ORDER TO SHOW CAUSE; VACATING EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE; AND SETTING ORDER TO SHOW CAUSE HEARING**<br><br>**[Dkt. Nos. 5-6]** |

The Court *sua sponte* raises the questions of whether venue over this case is proper in this district under 28 U.S.C. § 1391, whether transfer of this case to another district is appropriate under 28 U.S.C. § 1404, and whether Plaintiff has standing.

Therefore, by not later than **January 17, 2025**, the parties are **Ordered to Show Cause** in writing (1) why this case should not be dismissed for improper venue or transferred to another district in the interest of justice and (2) whether Plaintiff has standing to seek relief under the Song-Beverley Act and *Cummins, Inc. v. Superior Ct.*, 36 Cal. 4th 478, 483, 115 P.3d 98, 99 (2005) ("We conclude that the Act does not apply unless the vehicle was purchased in California."). All factual representations submitted with Responses to this Order to Show Cause must be supported by declarations signed

under penalty of perjury.  The Court also sets an Order to Show Cause Hearing for **January 21, 2025 at 11:00 a.m.** in Courtroom 3A of the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101.

Because the questions raised by the Court may impact the discussions that take place at the Early Neutral Evaluation, the Court also **VACATES** the Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC") scheduled for January 13, 2025 at 2:00 p.m.  The Court will reset these dates, if necessary, after its review of the parties' written Responses to this Order to Show Cause.

The parties have also filed two motions, one titled "Joint Motion to Dismiss Case" and one titled "Joint Motion to Continue Early Neutral Evaluation Conference and Case Management Conference."  Dkt. Nos. 5-6.  These motions are identical except in title, and both seek to continue the ENE and CMC for 90 days.  *Id.*  The Court **DENIES AS MOOT** both motions in light of its decision to vacate the ENE and CMC.

**IT IS SO ORDERED.**

Dated:  January 6, 2025

_____
Hon. David D. Leshner
United States Magistrate Judge