1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          SOUTHERN DISTRICT OF CALIFORNIA
10
11   PRISCILLA MCPHAIL and JAMES        Case No.:  24-cv-1879-WQH-DDL
     MCPHAIL,
12
                      Plaintiffs,       **ORDER RE JANUARY 21, 2025**
13                                      **ORDER TO SHOW CAUSE**
     v.                                 **HEARING**
14
     FCA US, LLC,
15
16                    Defendant.
17

18        On January 6, 2025, the Court ordered the parties to show cause (1) why this case
19   should not be dismissed for improper venue or transferred to another district in the interest
20   of justice and (2) whether Plaintiffs have standing to seek relief under the Song-Beverly
21   Act and *Cummins, Inc. v. Superior Ct.*, 36 Cal. 4th 478, 483 (2005) ("We conclude that the
22   Act does not apply unless the vehicle was purchased in California.").  Dkt. No.  7.  The
23   Court set the matter for a hearing on January 21, 2025.
24        Plaintiffs and Defendant submitted written responses to the Order to Show Cause.
25   Defense counsel appeared at the January 21 hearing; however, Plaintiffs' counsel of record
26   did not.  Rather, attorney Ryan Baggs appeared for Plaintiffs.  Baggs represented that he
27   had filed a notice of appearance the day before, but the docket does not reflect any such
28   notice.  At the January 21 hearing, Baggs did not provide any information that would

support a finding that venue is appropriate in the Southern District of California or that Plaintiffs have standing to pursue their Song-Beverly Act claims, because they did not purchase the subject vehicle in California.

That Plaintiffs' counsel of record elected not to appear at the January 21 hearing raises substantial concerns separate from Plaintiffs' inability to explain why venue is appropriate in this District or why they have standing under the Song-Beverly Act. **Accordingly, Plaintiffs' counsel of record must appear in person at all future proceedings in this case**.  The Court will issue a separate order resetting the Early Neutral Evaluation and Case Management Conference.

**IT IS SO ORDERED.**

Dated:  January 30, 2025

Hon. David D. Leshner
United States Magistrate Judge

24-cv-1879-WQH-DDL